UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................................x
DAWN MOCCIO,

        Plaintiff,

    v.

FRANK BISIGNANO
*Commissioner of Social Security*,

        Defendant.
...............................................................................x

1:25-cv-06192-JGK-VF

REVISED SCHEDULING ORDER

The following revised briefing schedule is hereby ORDERED:

1. The Commissioner shall file the electronic record, which shall serve as his answer no later than **November 24, 2025.**

2. Plaintiff shall file and serve on the Commissioner as brief for requested relief no later than **January 23, 2026.**

3. The Commissioner shall file a brief and serve it on Plaintiff no later than **March 24, 2026.**

4. Plaintiff shall file any reply brief and serve it on Commissioner no later than **April 7, 2026.**

Dated: September 26, 2025

New York, New York

                              **SO ORDERED**

                              _____
                              VALERIE FIGUEREDO
                              UNITED STATES MAGISTRATE JUDGE